**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MASAO HENDRIX, Individually and on behalf of others similarly situated,** | |
| **Plaintiff,** | **Case No.: 2:20-cv-00676-JAM-EFB** |
| **vs.** | **ORDER GRANTING STIPULATION OF PLAINTIFF AND DEFENDANT EXPRESS SCRIPTS, INC. FOR AN ORDER EXTENDING THE TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |
| **AVKARE, INC., et al.,** | |
| **Defendants.** | |
| | Judge: Hon. John A. Mendez |

Pursuant to the stipulation of the parties herein, the Court hereby orders that Express Scripts

must answer or otherwise respond to the Complaint on or before July 10, 2020.

     IT IS SO ORDERED.


Date:   May 15, 2020          /s/ John A. Mendez_____
                                      HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

DocID: 4832-9115-0012.1