1  Michael Shipley (SBN 233674)
2  michael.shipley@kirkland.com
   KIRKLAND & ELLIS LLP
3  555 South Flower Street
4  Los Angeles, California 90071
   Telephone: (213) 680-8400
5  Facsimile: (213) 680-8500

6
7  Attorneys for Defendants
   AVKARE, INC. and AMNEAL
8  PHARMACEUTICALS, INC.

9  **UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| MASAO HENDRIX, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff(s),*<br><br>v.<br><br>AVKARE, INC.; AMNEAL PHARMACEUTICALS, INC.; EXPRESS SCRIPTS, INC.; and JOHN DOES 1-100,<br><br>*Defendants.* | CASE NO. 2:20-cv-00676-JAM-EFB<br><br>The Honorable John A. Mendez<br><br>**ORDER GRANTING STIPULATION OF PLAINTIFF AND DEFENDANTS AVKARE, INC. AND AMNEAL PHARMACEUTICALS, INC. FOR AN ORDER STAYING THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND/OR AMENDED COMPLAINT** |

1
2       Pursuant to the stipulation of the parties herein, the Court hereby orders that
3   Defendants Avkare, Inc. and Amneal Pharmaceuticals, Inc.'s time to respond, move,
4   or otherwise plead to Plaintiff's Complaint and/or Amended Complaint is stayed
5   pending the resolution of Plaintiff's 1406(a) motion to transfer the current action to
6   the District of New Jersey and a decision regarding consolidation of *In re Metformin*
7   *Marketing and Sales Practices Litigation*, Civil Action No. 20-cv-2324.
8       IT IS SO ORDERED.
9   Date: 7/2/2020                                    /s/ John A. Mendez
10                                                    Hon. John A. Mendez
                                                      United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
1